ORIGINAL



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

vs.

GRAND TRUNK WESTERN RAILROAD INC.
d/b/a CANADIAN NATIONAL RAILWAY,

    Defendant.
_____/

JUDGE : O'Meara, John Corbett
DECK : S. Division Civil Deck
DATE : 06/29/2005 @ 16:31:42
CASE NUMBER : 5:05CV60153
CMP EEOC V. GRANDTRUNK (dA) SI

<u>COMPLAINT
AND JURY DEMAND</u>

MAGISTRATE JUDGE CAPEL

## NATURE OF THE ACTION

This is an action brought under Title VII of the Civil Rights Act of 1964 to correct unlawful employment practices and to provide appropriate relief to Lawrence Jackson ("Jackson") who was adversely affected by such practices. The Equal Employment Opportunity Commission ("The Commission"), alleges that Canadian National Railway ("Defendant"), discriminated against Jackson when it permitted him to be racially harassed by a supervisor and co-workers and subjected to a hostile work environment. The Commission further alleges that the Defendant failed to take prompt, effective, remedial action to stop the harassment and correct the hostile work environment.

## JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331,

1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, and 42 U.S.C. 2000e-5(f)(1) and (3).

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Michigan.

## PARTIES

3. Plaintiff, the Commission, is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Canadian National Railway, has continually been a corporation doing business in the state of Michigan and the city of Pontiac. Further, Defendant Canadian National Railway employs approximately one hundred and fifty (150) employees at the Pontiac Michigan location, and employs in excess of five hundred (500) employees nationwide.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce withing the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than sixty (60) days prior to the institution of this lawsuit, Lawrence Jackson filed a charge of discrimination with The Commission alleging a violation of Title VII. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least June of 2003, Defendant engaged in unlawful employment practices in violation of Title VII, when it permitted Smith to be racially harassed by a supervisor and co-workers and subjected to a hostile work environment.

8. The incidents of racial harassment in Defendant's facility were severe and pervasive. The harassment included the following incidents:

> (1) Repeated verbal abuse with racial epithets, including "N_ _ _ _r", "Coon", "Jigaboo", "Boy", etc.;
>
> (2) Jackson's job was threatened;
>
> (3) Jackson found a hangman's noose hanging while performing his job duties.

9. Defendant had notice that Jackson was being racially harassed by a supervisor/co-worker and otherwise subjected to a hostile work environment.

10. The effect of the conduct complained of in Paragraph 9, above, was to create a hostile work environment.

11. Jackson's working environment was so difficult that a reasonable person in Jackson's position would have felt compelled to resign.

12. Jackson was constructively discharged as a result of the racial harassment described above.

13. The effect of the unlawful employment practices complained of in paragraphs 7-10 was to deprive Jackson of equal employment opportunities and otherwise adversely affect his status as employees because of his race.

14. As a result of the unlawful employment practices complained of above,

Jackson has suffered from mental stress, a high level of emotional stress anxiety, severe psychological difficulties, and an inability to sleep.

15. The unlawful employment practices complained of above were and are done with malice or reckless indifference to the federally protected rights of Jackson who was racially harassed and subjected to a hostile work environment.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Order Defendant to provide training for all employees about diversity in the workplace and Title VII's prohibitions against racial harassment;

B. Order Defendant to devise an appropriate method of discipline for employees who violate the prohibitions of Title VII and for supervisors who fail to remedy racial harassment in a reasonable period of time;

C. Order Defendant to post its new disciplinary rules for violating Title VII in a conspicuous place;

D. Grant the Commission an injunction enjoining Defendant from participating in any unlawful employment practices;

E. Order Defendant to make whole Lawrence Jackson by providing an appropriate amount of compensatory damages to be determined at trial along with any other affirmative relief necessary to eradicate the effects of the unlawful employment practices complained of above;

F. Order Defendant to pay Jackson punitive damages for its malicious or reckless conduct described above in an amount proven at trial;

G. Order Defendant to pay Jackson nominal damages resulting from the unlawful practices complained of above;

H. Grant such further relief as the Court deems necessary and proper in the public interest;

I. Award the Commission its own cost of this action

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted

ERIC S. DREIBAND
General Counsel

JAMES N. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAM
Acting Deputy General Counsel

OFFICE OF GENERAL COUNSEL
Trial Services Division
1801 "L" Street, N.W.
Washington, D.C. 20507

Dated: 6/29/05

ADELE RAPPORT (P44833)
Regional Attorney

ROBERT K. DAWKINS (P38289)
Supervisory Trial Attorney

TAMMY C. KLEIN (60256)
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
DETROIT DISTRICT OFFICE
Patrick V. McNamara Building
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
Telephone: (313)226-5673

JS 44 11/99 **CIVIL COVER SHEET** COUNTY IN WHICH THIS ACTION AROSE: OAKLAND

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**05-60153**

### I. (a) PLAINTIFFS

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

(b) County of Residence of First Listed _____

(C) Attorney's (Firm Name, Address, and Telephone Number)

Tammy Klein (P60256), Equal Employment Opportunity Commission, 477 Michigan Avenue, Room 865, Detroit, MI 48226 (313) 226-5673

### DEFENDANTS

GRAND TRUNK WESTERN RAILROAD INC. d/b/a CANADIAN NATIONAL RAILWAY

County of Residence of First Listed OAKLAND

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorney (If Known): JOHN CORBETT O'MEARA
JCO/60153/WP
MAGISTRATE JUDGE CAPEL

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PLA | DEF |  | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury- Med. Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | [ ] 625 Drug Related Seizure of Property 21: 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | | [ ] 365 Personal Injury - Product Liability | | | [ ] 450 Commerce/ICC |
| [ ] 150 Recovery of Overpayment and Enforcement of Judgment | [ ] 320 Assault Libel And Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | | [ ] 460 Deportation |
| | | | [ ] 640 R.R. & Truck | **PROPERTY RIGHTS** | [ ] 470 Racketeer Influenced & Corrupt Organizations |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | | [ ] 650 Airline Regs. | [ ] 820 Copyrights | |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 810 Selective Service |
| | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 690 Other | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | | | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 894 Energy Allocation Act |
| | | | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 220 Foreclosure | [X] 442 Employment | Habeas Corpus: | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | | |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS-Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multi district Litigation
- [ ] 7 Appeal to District Judge from Magistrate

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is an action under Title VII of the Civil Rights Act of 1964, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race.

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    $ DEMAND    CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY (See Instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 6/29/05

SIGNATURE OF ATTORNEY OF RECORD: Tammy Klein/VM

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed? ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes: