## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.

GRAND TRUNK WESTERN RAILROAD, INC.,

        Defendant.

Case No. 5:05-CV-60153

Hon. John Corbett O'Meara
U.S. District Court Judge

Hon. Wallace Capel, Jr.
U.S. Magistrate Judge

_____/

Adele Rapport (P44833)
Robert K. Dawkins (P38289)
Tammy C. Klein (P60256)
**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
Attorneys for Plaintiff EEOC
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
(313) 226-7636

Stephen R. Drew (P24323)
Ann M. Cooper (P36977)
**DREW, COOPER & ANDING**
Attorneys for Lawrence & Natasha Jackson
125 Ottawa Avenue NW, Suite 300
Grand Rapids, Michigan 49503
(616) 454-8300

Kathryn A. Mrkonich-Wilson (P283605)
Gregory J. Wiley (27138X)
**LITTLER MENDELSON, P.C.**
Attorneys for Defendant
33 South Sixth Street, Suite 3110
Minneapolis, Minnesota 55402
(612) 630-1000

Charles C. DeWitt, Jr. (P26636)
**DEWITT, BALKE & VINCENT, PLC**
Attorneys for Defendant
200 Renaissance Center, Suite 3110
Detroit, Michigan 48243
(313) 446-6401

_____/

## ORDER

        At a session of the Federal District Court for the
Eastern District of Michigan, Southern Division, on
this __24th__ day of _May_____, 2006.

    PRESENT:  HONORABLE JOHN CORBETT O'MEARA
                 United States District Court Judge

**IT IS HEREBY ORDERED** that Lawrence Jackson and Natasha Jackson's Motion for

Intervention is GRANTED.   Intervening Plaintiffs Lawrence Jackson and Natasha Jackson's

Complaint in Intervention and Jury Demand, submitted as an attachment to Lawrence Jackson

and Natasha Jackson's Brief in Support, will be filed by the intervenors.


s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge


Dated:  May 24, 2006