UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Plaintiff,

and

LAWRENCE and NATASHA JACKSON,

       Intervening Plaintiffs,

v.

GRAND TRUNK WESTERN RAILROAD, INC.,

       Defendant.
_____/

Case No. 05-60153

District Judge John Corbett O'Meara
Magistrate Judge R. Steven Whalen

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL DISCOVERY

For the reasons and under the terms stated on the record on July 9, 2007, Plaintiff's Motion to Compel Discovery [Docket #34] is GRANTED IN PART AND DENIED IN PART, as follows:

Defendant shall produce its Federal Income Tax returns for 2006.

Defendant shall produce its most current Balance Sheets and Profit and Loss Statements.

Said discovery shall be produced within 21 days of the date of this Order.

The Plaintiff's request to depose Defendant's Rule 30(b)(6) witness is DENIED.

The Plaintiff's request to preclude the above financial information from being designated "Confidential" under the previously entered Protective Order is DENIED.

SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: July 9, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 9, 2007.


S/Gina Wilson
Judicial Assistant